UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

TOLZOH KATZBURG

                                                                    15 CV 811 (ENV)

                            Plaintiff,

            -against-

I.C. SYSTEM, INC.

                            Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.  The parties shall have sixty days to reopen the matter if the settlement is not consummated.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.